UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM HA VU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK FA, et al.,<br><br>　　　　Defendants. | Case No.: C 10-04000 PSG<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff filed the complaint in this action on September 7, 2010. The parties were required to file a case management statement on November 16, 2010 and to appear for a case management conference on November 23, 2010.[1] Also, by November 16, 2010, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge.[2] None of the parties filed a case management statement or consented or declined magistrate judge jurisdiction, and on November 22, 2010 the Clerk rescheduled the case management conference for January 4, 2011.[3] On January 4, 2011, none of

---

[1] *See* 9/10/10 Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3).

[2] *See* Civ. L.R. 73-1(a)(1).

[3] *See* 11/22/10 Clerks Notice (Docket No. 6).

ORDER, *page 1*

the parties appeared at the case management conference.

If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss the action.  *See* Fed. R. Civ. P. 41(b).  Accordingly,

IT IS HEREBY ORDERED that Plaintiff show cause why the case should not be dismissed for failure to prosecute.  Plaintiff shall respond in writing no later than March 2, 2011.  If Plaintiff fails to show cause, this case will be reassigned to a district judge with a recommendation for dismissal.

Dated: February 16, 2011

*signature*
PAUL S. GREWAL
United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kim Ha Vu
18900 Newsom Avenue
Cupertino, CA 95014

Huy Vu
18900 Newsom Avenue
Cupertino, CA 95014

Dated: February 16, 2011

                                        */s/ Chambers Staff*
                                     Chambers of U.S. Magistrate Judge Paul S. Grewal