UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM HA VU, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK FA, et al.,<br><br>　　　　　Defendants. | Case No.: C 10-04000 PSG<br><br>**REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE; REPORT AND RECOMMENDATION RE DISMISSAL FOR FAILURE TO PROSECUTE** |

Plaintiff filed the complaint in this action on September 7, 2010. The parties were required to file a case management statement on November 16, 2010 and to appear for a case management conference on November 23, 2010.[1] Also, by November 16, 2010, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge.[2] None of the parties filed a case management statement or consented or declined magistrate judge jurisdiction, and on November 22, 2010 the Clerk rescheduled the case management conference for January 4, 2011.[3] On January 4, 2011, none of the parties appeared at

---

[1] *See* 9/10/10 Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3).

[2] *See* Civ. L.R. 73-1(a)(1).

[3] *See* 11/22/10 Clerks Notice (Docket No. 6).

ORDER, *page 1*

1  the case management conference.

2      If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may
3  dismiss the action.[4]  On February 16, 2011, the court ordered Plaintiff to show cause in writing no
4  later than March 2, 2011 why the case should not be dismissed for failure to prosecute.  To date,
5  Plaintiff has not responded whatsoever.  Accordingly, the above-captioned action shall be reassigned
6  to a U.S. District Judge with a report and recommendation that the case be dismissed for failure to
7  prosecute.

8  Dated:  March 14, 2011

                                                  PAUL S. GREWAL
                                                  United States Magistrate Judge

---

[4]  *See* Fed. R. Civ. P. 41(b).

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kim Ha Vu
18900 Newsom Avenue
Cupertino, CA 95014

Huy Vu
18900 Newsom Avenue
Cupertino, CA 95014

Dated:

_____
Chambers of U.S. Magistrate Judge Paul S. Grewal