**E-Filed 4/20/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KIM HA VU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK FA, et al., <br><br> Defendants. | Case Number 5:10-cv-04000 JF/PSG <br><br> ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE |

Plaintiff filed the complaint in this action on September 7, 2010. However, Plaintiff did not appear for scheduled case management conferences on November 23, 2010 and January 4, 2011. On February 16, 2011, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute. Plaintiff failed to respond to the order. On March 14, 2011, Magistrate Judge Paul S. Grewal ordered that the case be reassigned to a United States District Judge, recommending that the case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). No party has objected to the recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and Civil L.R. 72-3, this Court concurs with and adopts in its entirety Judge Grewal's Report and Recommendation. Accordingly, the action will be dismissed for failure to prosecute. The Clerk shall enter judgment and close the file.

---

[1] This disposition is not designated for publication and may not be cited.

1
2  IT IS SO ORDERED.
3  DATED: April 20,2011

_____
JEREMY FOGEL
United States District Judge

2

Case No. 05:10-cv-04000 JF/PSG
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE
(JFLC3)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM HA VU, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK FA, et al.,<br><br>  Defendants. | Case Number 5:10-cv-04000 JF/PSG<br><br>CERTIFICATE OF SERVICE |

  I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

  On April 20, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Kim Ha Vu
18900 Newsom Avenue
Cupertino, CA 95014

Huy Vu
18900 Newsom Avenu
Cupertino, CA 95014

DATED:   April 20, 2011                    For the Court
                                            Richard W.  Weiking, Clerk

                                            By:  _____/s/_____
                                            Diana Munz
                                            Courtroom Deputy Clerk